EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS, Plaintiff Below, Appellant,

v.

TC PIPELINES GP, INC., Transcanada American Investments, Ltd., and Transcanada Corporation, Defendant Below, Appellees,

and

TC Pipelines, LP, Nominal Defendant Below, Appellee.

No. 291, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016

Decided: December 19, 2016

Court Below: Court of Chancery of the State of Delaware, No. 11603–VCG

AFFIRMED.